UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

        -v-                                          00-CR-189-A

JAMES CHARLES KOPP,

        Defendant.
_____

## SPEEDY TRIAL ORDER

On December 9, 2005, the parties met with the Court, following the objections to the Magistrate Judge's Report and Recommendation. Before this Court, counsel for the defendant advised that he was withdrawing his request for a change of venue. As to the motion to suppress statements made by the defendant to the media and in a state sentencing proceeding, the Court requested additional information, advised that a hearing may be necessary, and scheduled a further status on January 13, 2006.

The Court finds that motions have been pending and continue to be pending in this case and therefore the speedy trial clock has stopped until resolution of the motions. The Court finds that no days have run in the seventy day period in which the defendant is to be brought to trial.

It is hereby Ordered that time remains excluded from the period in which trial is to commence pursuant to 18 U.S.C. § 3161(h)(1) and (h)(1)(F) due to the pendency of motions.

IT IS SO ORDERED.

                                                /s/ Richard J. Arcara
                                        HONORABLE RICHARD J. ARCARA
                                        CHIEF JUDGE
                                        UNITED STATES DISTRICT COURT

DATED: December 12, 2005