RECEIVED
JUL 0 5 2006
RICHARD J. ARCARA
U.S. DISTRICT JUDGE
WESTERN DISTRICT OF NEW YORK

IN RE: US v. Kopp 

U.S. District Court
WDNY
Buffalo

29 June 2006

Dear Your Honor,

I hope you are welll today,

When you asked me if I had any motions to file, I was uncertain as to the limits of the in limine period. I'm waiting for the government motions, and I also hope to file one or two in this period myself, at the earliest moment.

I'm sorry if I've caused any confusion. ~~THANK YOU XXX~~
I would be grateful for your forebearance.

Sincerely,

James C. Kopp
Defendant and pro se


CC: Mr Flynn, US attorney
    129 Court St
    Buffalo, NY 14202

BUFFALO NY 142
20 JUN 2006 PM 6 L

kopp/NCJ
lockport NY
Box 496
14095

Hon. Richard Arcara, USDC
WDNY
68 Court St.
Buffalo, NY 14202

14202+3472