UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                                                 DECISION AND ORDER
v.                                               00-CR-189A

JAMES CHARLES KOPP,

                          Defendant.

The defendant, James Charles Kopp, has filed a new set of motions requesting: (1) an extension of time to file his pretrial submissions; (2) that the Court preclude the government from offering evidence of his anti-abortion beliefs; and (3) myriad other forms of relief which he states are necessary to eliminate inequities in the law.  He also reasserts motions he has previously made and which have previously been denied by the Court.

The Court grants defendant's motion to extend the time to file his pretrial submissions.  Defendant shall have until December 27, 2006, to file his pretrial submissions.

The Court denies the defendant's motion to preclude the government from offering evidence of his anti-abortion beliefs.  In order to establish the defendant's guilt under 18 U.S.C. § 248, one of the elements of the offense that the government must prove is that the defendant shot Dr. Slepian because he

was providing reproductive health services, *i.e.*, abortions.  Thus, evidence of defendant's anti-abortion beliefs are relevant.

The remainder of defendant's motions are denied in their entirety.

IT IS SO ORDERED.

                                                       /s/ *Richard J. Arcara*
                                           HONORABLE RICHARD J. ARCARA
                                           CHIEF JUDGE
                                           UNITED STATES DISTRICT COURT

DATED: December 22, 2006