UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

          v.

JAMES CHARLES KOPP,

          Defendant.

ORDER
00-CR-189A

---

The Clerk of Court is hereby ordered to file document number 258 under seal.

IT IS SO ORDERED.

          /s/ *Richard J. Arcara*
          HONORABLE RICHARD J. ARCARA
          CHIEF JUDGE
          UNITED STATES DISTRICT COURT

DATED: January 9, 2007