UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

       -v-                                          00-CR-189-A

JAMES CHARLES KOPP,

        Defendant.

---

## ORDER REGARDING DISPOSITION OF DEFENDANT'S ASSETS

On June 19, 2007, the Court in sentencing the defendant, James Charles Kopp, imposed a special penalty assessment of $200 and an order of restitution of $2,632,098. The United States having moved this Court pursuant to Title 18, U.S.C., Sections 3664 and 3572, for an Order directing the Federal Bureau of Investigation to liquidate and sell certain assets of the defendant, and for Western Union to pay certain monies held, and the Court agreeing that all assets should be liquidated or sold, it is hereby,

Ordered that the Federal Bureau of Investigation shall

(1) deposit with the Clerk of the Court, 68 Court Street, Buffalo, New York 14202, one hundred twenty-five U.S. dollars ($125) received from French officials and belonging to James Kopp;

(2) cash a $40 money order and convert to U.S. dollars $593.78 in Euros, both received from French officials and belonging to James Kopp, and shall deposit with the Clerk of the Court;

(3) sell for scrap the 1987 Chevrolet Cavalier, black in color, VIN #1G1JE211H7175930, and require the proceeds to be made payable to the Clerk of the Court and deposited therewith;

(4) turn over to Cash Cunningham, President of Cash Realty of N.Y., a Large Tool Box filled with various tools (i.e. drill, level, grinder, mallet, staple gun); a Sears Arc Welder, Model Number 110-104-114, Serial Number H116150; a Zenith laptop computer; and Panasonic Multi-Mode Printer, serial # 9LMAUB03400; and it is further,

Ordered that Cash Realty shall sell the Large Tool Box filled with various tools (i.e. drill, level, grinder, mallet, staple gun); a Sears Arc Welder, Model Number 110-104-114, Serial Number H116150; a Zenith laptop computer; and Panasonic Multi-Mode Printer, serial # 9LMAUB03400, at public auction and deposit the proceeds with the Clerk of the Court; and it is further,

Ordered that Western Union deposit with the Clerk of the Court the sum of $440, representing the following four Western Union wire transfers:

| Date | Control Number | Amount |
|---|---|---|
| March 21, 2001 | 932569622 | $ 20 |
| March 24, 2001 | 9564109160 | $300 |
| March 26, 2001 | 932204017 | $ 70 |
| March 29, 2001 | 9560637818 | $ 50 |

For a total of $440.

SO ORDERED.

s/ *Richard J. Arcar*a
HONORABLE RICHARD J. ARCARA
CHIEF JUDGE
UNITED STATES DISTRICT COURT

DATED: June 22, 2007

3