00CR189

TRULINCS 11761055 - KOPP, JAMES CHARLES - Unit: MEN-A-A

CA #

# H² CHIEF JUSTICE LIVINGSTONE
USCCA   SECOND   CIRC[UIT]
40   FOLEY   SQ,
NY   NY   10007
Dear YOUR HONOR

FROM: 11761055
TO:
SUBJECT: DV ny
DATE: 01/26/2022 06:32:48 AM

FILED FEB 10 2022 MARY C. LOEWENGUTH WESTERN DISTRICT [OF NY]   FEB 2022

I am in receipt of you iterative order of 18 Jan 2022. I get it. The docket is shut.

The docket being shut is due to failure to establish whether or not you got the dec 6 documents. I cannot respond to your notice of defectie filing if il do not know if the defect is due to a) missing, or b) totally absent forms. PRESENT BUT IMPROPER FORMS    Covid local pre yard outbreak

Since early December I've asked you   "did you get me mailing of 6 december 2021?"
  Yes, I got form letters noticing me of a defective fling. But even now i cannot decipher from them the the answer to my original question FILING

     +++++  Did you or did you not receive the papers I sent 6 dec 2021 ?  ++++++

Absent this info,

a) Not only can I not cure the defect, since I cannot determine if the defect is a missing form, or an improperly filed out form, but also;

b) I am being denied access to the court by snail. This is my only access due to covid precautions, and a precarious one at that.

(Covid precautions means I have severely limited or no access to office equipment that you take for granted =) )

much of the time between now and last december our unit was locked down secondary to an omicron outbreak. All of the time, and going back to March 2020 this yard was on severe covid precautions.

enclosed is a copy of this letter.

I would be so grateful if you would be so kind as to date stamp and return the copy of this letter in the SASE also enclosed.

I also send, for the third or fourth time, the COS of the December 6 mailing.

Please let me know unequivocally whether or not you got the December 6 mailing.

Suppose you say "Yes we did". Ican proceed along that path, including deciphering your defective filing notice.

Suppose you say "No we did not", I can proceed along another path, involving investigation of mail tampering or theft.

Absent your answer, I am stuck at this cross roads. I am effectivly barred from repsonding to your notice of a defective filing.

PS 2:   ALSO DENIED ACCESS  DUE TO OPPOSITE
         - COAST CUSTODY?
           & RESULTANT 2 WEEK + SNAIL?

[signature] CKOPP
Box 9   FCI   CA
         MENDOTA   93640

PS [sideways]: COS & RELATED DOCS W/ WUSE XEROXES, SOON. POP UP LOCKDOWN

PS3: AVAILABLE: 6 DEC
PS4: NATIONAL LOCKDOWN



COS

Case 1:00-cr-00189-RJA-HBS   Document 453   Filed 02/10/22   Page 2 of

CA# 21-819

I, BELOW, CERTIFY UNDER PENALTY OF PERJURY THAT ON THE BELOW DATE I SERVED A COPY OF:

4 FEB 2022 LETTER TO CHIEF JUSTICE LIVINGSTONE — USCCA 2

TO: BY US MAIL, TO:

A USA   T. LEE   138 DELAWARE AVE
BUFFALO NY 14202

USDC - WDNY
R. ARCARA
VS COURTHOUSE
2 NIAGARA SQ
BUFFALO NY 14202

/s/ J. KOPP   11761-055
BOX 9   FCI
MENDOTA CA   93640

Executed at Mendota
4 FEB 2022

PURSUANT TO 18 USC §1746

Houston v. Lack



J. KOPP 11761-055
BOX 9  FCI
MENDOTA  CA  93640

JUDGE
R. ARCARA

LEGAL
MAIL

11761-055
Usdc Wdny
WDNY US Court House
2 Niagara Square
Buffalo, NY 14202
United States

FRESNO CA
4 FEB 2022 PM

USDC - WDNY
FEB 10 2022
BUFFALO