# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

US
v.
KOPP

CERTIFICATE OF SERVICE*

Docket Number: 1:00-cr-189A

I, J. KOPP (print name), hereby certify under penalty of perjury that on 18 JUL 23 (date), I served a copy of 2ND SUPPLEMENT TO SUCCESSIVE § 2255 (9 JUN 23) (list all documents)

by (select all applicable)**

___ Personal Delivery     X United States Mail     ___ Federal Express or other Overnight Courier

___ Commercial Carrier    ___ E-Mail (on consent)

on the following parties:

(1) USA - WDNY   TH LEE
138 Delaware AVE   MONICA RICHARDS
US Attorney WDNY
Buffalo, NY 14202
United States

(2) RJA
Usdc Wdny
WDNY US Court House
2 Niagara Square
Buffalo, NY 14202
United States

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

18 JUL 23
Today's Date

James C Kopp
Signature

Certificate of Service Form (Last Revised 12/2015)

16. Legal **SECOND SUPPLEMENT USCCA 2CA** Page 1

# MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District |
|---|---|
| Name (Under which you were convicted): **J. KOPP** | Docket or Case No. **00: 189 A** |
| Place of Confinement: F.C.I. Mendota | Prisoner No. **11761-055** |
| UNITED STATES OF AMERICA **KOPP** v. **US** | Movant (Include name under which convicted) |

## Motion

1. (a) Name and location of court that entered the judgment of conviction you are challenging: **USDC - WDNY**
   (b) Criminal docket or case number (if you know): **00: 189 cr**
2. (a) Date of the judgment of conviction (if you know): **2008**
   (b) Date of sentencing: **2007**
3. Length of sentence: **LIFE + 10**
4. Nature of crime (all counts)
   **§ 248**
   **§ 924(c)**

5. (a) What was your plea? (check one)
   (1) Not guilty [X]   (2) Guilty [ ]   (3) Nolo contendere (no contest) [ ]
   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?
   **N/A**

6. If you went to trial, what kind of trial did you have? (Check one)   Jury [ ]   Judge only [ ]
7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes [ ]   No [ ]

16. Legal                                                                 Page 2

8. Did you appeal from the judgment of conviction?           Yes [ ] No [ ]
9. If you did appeal, answer the following:
   (a) Name of court: USDC - WDNY
   (b) Docket of case number (if you know): 00: 189 cr
   (c) Result: DENIED
   (d) Date of result (if you know): ca. 2009
   (e) Citation to the case (if you know): US v. Kapp
   (f) Grounds raised: NON-UNANIMOUS VERDICT
   FORGED POLLING RECORD
   DIRECTED VERDICT
   (OTHERS)

   (g) Did you file a petition for certiorari in the United States Supreme Court? Yes [X] No [ ]
       If "yes," answer the following
       (1) Docket or case number (if you know): _____
       (2) Result: DENIED
       (3) Date of result (if you know): ca 2010
       (4) Citation of the case (if you know): _____
       (5) Grounds raised: (SUPRA)

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?
       Yes [X]    No [ ]
11. If your answer to question 10 was "yes," give the following information:
    (a)  (1) Name of court: USDC
         (2) Docket or case number (if you know): _____
         (3) Date of filing (if you know): 2016
         (4) Nature of the proceeding: DAVIS-RELATED APPEAL
         (5) Grounds raised: ''  ''  ''

16. Legal                                                                                                                    Page 3

_____
_____
_____
_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

        Yes [ ]      No [X]

(7) Result: _____ PENDING _____

(8) Date of result (if you know): _____ N/A _____

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: _____ USDC - WDNY _____

(2) Docket or case number (if you know): _____ 00: 189 cr _____

(3) Date of filing (if you know): _____ ca 2009 _____

(4) Nature of the proceeding: _____ SUBPOENA REQUEST _____

(5) Grounds raised: _____

_____ REQUESTED AUDIOTAPE TO _____
_____ DEMONSTRATE 3 JURORS _____
_____ DID NOT SPEAK AT _____
_____ VERDICT POLLING. _____
_____
_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

        Yes [ ]      No [X]

(7) Result: _____ DENIED _____

(8) Date of result (if you know): _____ ca 2011 _____

(c) Did you appeal to a federal appellate court jurisdiction over the action taken on your motion, petition, or application?

  (1) First petition:     Yes [X]     No [ ]

  (2) Second petition:  Yes [ ]     No [X]

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: _____

_____
_____
_____

# GROUND EIGHT

DIRECTED VERDICT AT TRIAL WAS LETHAL ERROR

AT JURY CHARGING THE COURT FORBADE JURY FROM TAKING THE POSSIBILITY OF JUSTIFICATION (CHILD-SAVING) INTO CONSIDERATION IN THEIR DELIBERATIONS

AS WITH GROUND TWO (SUPRA) THE INSTANT GROUND WAS UNDISCOVERABLE BEFORE DOBBS

IN APPRECIATING THIS GROUND IT MIGHT BE HELPFUL TO MAKE A CAREFUL DISTINCTION BETWEEN IT & GROUND TWO (JUN 9 FILING)

IN GROUND TWO KOPP WAS PREVENTED FROM PUTTING A JUSTIFICATION DEFENSE BEFORE THE JURY BY DICTA IN LIMINE.

SAID PREVENTION WAS BASED SQUARELY AND ENTIRELY ON THE NON-EXISTENT U.S. CONSTITUTIONAL RIGHT TO KILL WOMB CHILDREN (I.E., ABORTION).

IN THE INSTANT GROUND, BY CONTRAST, THE JURY WAS DIRECTED AT CHARGING TO NOT CONSIDER THE (THEN NON-EXISTENT, PER DOBBS) U.S. CONSTITUTIONAL RIGHT TO ABORTION AS A POSSIBLE JUSTIFICATION FOR KOPP'S CHILD-SAVING (18 USC SECTION 1841(d)) ACTIONS.

BOTH GROUNDS ARE RELATED, BUT DISTINCT THEREBY.

THIS VIRTUALLY DIRECTED VERDICT, SIMILAR TO GROUND TWO (SUPRA) HAD ABSOLUTELY NO BASIS OTHER THAN THE CLEAR AND UNEQUIVOCAL PRESUPPOSITION ON THE PART OF THE COURT THAT THE U.S. CONSTITUTIONAL RIGHT TO AN ABORTION EXISTED AT TIME OF TRIAL WHEN IN FACT, SECONDARY TO DOBBS, WE NOW KNOW THAT IT DID NOT.

IN REQUESTING VACATION OF SENTENCE AND RETRIAL, I ALSO HUMBLY ASK FOR PREVENTION OF THIS SECOND LETHAL ERROR AT SAID RETRIAL.

16. Legal                                                                                                  Page 4

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

**GROUND ~~ONE:~~**          8

(a) Supporting <u>facts</u> do not argue or cite law. Just state the specific facts that support your claim.):

(PLEASE SEE ATTACHED)

(b) **Direct Appeal of Ground One:**

   (1) If you appeal from judgment of conviction, did you raise this issue?

      Yes [X]    No [ ]

   (2) if you did not raise this issue in your direct appeal, explain why: N/A

(c) **Post-Conviction Proceedings:**

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

      Yes [X]    No [ ]

   (2) If your answer to question (c)(1) is "yes," State

   Type of motion or petition: HABE

   Name and location of the court where the motion or petition was filed: USDC - WDNY

   Docket or case number (if you know): 00:189 A

   Date of court's decision: ca 2010

   Result (attach a copy of the court's opinion of order, if available): DENIED

   (3) Did you receive a hearing on your motion, petition, or application?

      Yes [ ]    No [X]

16. Legal                                                                                                    Page 5

(4) Did you appeal from the denial of your motion, petition, or application?

  Yes [X]        No [ ]

(5) If your answer to question (c)(4) is "yes," did you raise this issue in the appeal?

  Yes [X]        No [ ]

(6) If your answer to (c) (4) is "yes," state:

Name and location of the court where the appeal was filed: _____
_____ USCCA - 2CA _____

Docket or case number (if you know): _____
Date of the court's decision: _____ c9    2012 _____
Result (attach a copy of the court's opinion, if available): _____
_____ DENIED _____

(7) If your answer to question (c)(4) or question (c)(5) is "no," explain why you did not appeal or raise this issue: _____
_____ N/A _____

**GROUND TWO:** NO MORE GROUNDS, THIS FILING
_____
_____
_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____
_____
_____
_____
_____
_____

(b) **Direct Appeal of Ground Two:**

  (1) If you appeal from judgment of conviction, did you raise this issue?

  Yes [ ]  No [ ]

16. Legal                                                                                                          Page 9

_____

_____

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

    Yes [ ]    No [ ]

N/A
No
WARE
GROUNDS
THIS
FILING

(2) If your answer to question (c) (1) is "yes," State

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of court's decision: _____

Result (attach a copy of the court's opinion of order, if available): _____

_____
_____

(3) Did you receive a hearing on your motion, petition, or application?

    Yes [ ]    No [ ]

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes [ ]    No [ ]

(5) If your answer to question (c)(4) is "yes," did you raise this issue in the appeal?

    Yes [ ]    No [ ]

(6) If your answer to (c)(4) is "yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion, if available): _____

_____
_____

N/A

(7) If your answer to question (c)(4) or question (c)(5) is "no," explain why you did not appeal or raise this issue: _____

_____
_____
_____

(13.) Is there any ground in this motion that you have **not** previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____ NO _____

16. Legal                                                                                     Page 10

_____
_____
_____
_____
_____

14. Do you have any motions, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?   Yes [X]   No [ ]
If "yes," state the name and location of the court, the docket number, the type of proceeding, and the issues raised.   USDC - WDNY   00-cr-189 A
DAVIS - RELATED ATTACK
ON § 924(c) / SUCCESSIVE § 2255

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing:   CLAUSS, ESQ
F.P.D, BUFFALO

(b) At arraignment and plea:
JOHN BRODERICK ESQ
NY BAR TICKET

(c) At trial:   PRO SE /
JOHN HUMANN ESQ
F.P.D, BUFFALO

(d) At sentencing:
PRO SE

(e) On appeal:   PRO SE

(f) In any post-conviction proceeding:   PRO - SE

(g) On appeal from any ruling against you in a post-conviction proceeding:
BRUCE BRYAN ESQ
UTICA NY

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?   Yes [X]   No [ ]

17. Do you have any future sentence to serve after you complete the sentence for the judgment the you are challenging?    Yes [X]    No [ ]

    (a) If so, give name and location of the court that imposed the other sentence you will serve in the future: 8TH DIV (ERIE CO.) NY SUPERIOR CT

    (b) Give the date that the other sentence was imposed: 2003

    (c) Give the length of the other sentence: 25 TO LIFE

    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?    Yes [X]    No [ ]

18. TIMELINESS OF MOTION: If your judgment if conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

DOBBS HAD NOT HAPPENNED YET

(DOBBS V. JACKSON U.S. SUPREME CT (2022))

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

> A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of—
> (1) The date on which the judgment of conviction became final;
> (2) The date on which the impediment to making a motion created by governmental action in violation of the Constitution of laws of the United States is removed, if the Movant was prevented from making such a motion be such governmental action;
> (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized be the Supreme Court and made retroactively applicable to cases on collateral review; or
> (4) the date on which the facts supporting the claims presented could have been discovered through the exercise of due diligence.

Therefore, Movant asks that the Court grant the following relief:          prays the court will vacate the sentence and any other relief the court may deem appropriate under its equitable authority

* ISSUE CERTIFICATE OF INNOCENCE
* RETRIAL, IF NECESSARY

or any other relief to which Movant may be entitled

* VACATE SENTENCE

_____
Signature of Attorney (if any)  [signed: James C. Kopp]

I declare (or certify, verify, or state) under penalty of perjury that the forgoing is true and correct and that this Motion Under 28 U.S.C. § 2255 was placed in the prison mailing system on 18 JUL 2023 , (month date, and year).

Executed (signed) on  18 - JUL (date).  2023

_____
Movant  [signed: James Kopp]

If the person signing is not Movant, state relationship to Movant and explain why Movant is not signing this motion.     N/A

IV

HI JUDGE =)

I'M WONDERING IF YOU EVER READ:

   IL PROMESSO
   NAME OF THE ROSE — UMBERTO ECO
   WINDSWEPT HOUSE — MALACHI MARTIN
   RECENT ESSAYS, (THE REMNANT [MW])
                                        CARLOS VIGANO
(*) WINDUP BIRD CHRONICLE — HARUKI MURAKAMI
   JESUS OF NAZARETH (ZEFERELLI DVD)
        ROD STEIGER        LAWRENCE OLIVIER
        ANNE BANCROFT     CUSACK (DAD?)
        ERNEST BORGNINE   OLIVIA HUSSEY
        JAMES MASON       CHRISTOPHER PLUMMER
        MICHAEL YORK

---

COPLAND       2nd & 3rd SYMPHONIES
SHOSTAKOVICH  5TH SYMPH., (LARGO - OBOE SOLO  (1:42)
MAHLER        3rd & 4th SYMPHONIES
               DAS KNABEN WUNDERHORN

ERIK SATIE    GYMNOPEDIA
BACH          BRANDENBURG #6
COPLAND      APPALACHIAN SPRING / FANFARE C. MC

---

ALL THE "B" SIDES : (NON-HIT / QUIET TRACKS)

JONI MITCHELL
LAURA NYRO
RICKIE LEE JONES
PHOEBE SNOW
MOBY — INTO THE BLUE

(right margin: "MOST INTERESTING BOOK H EVER READ !!")

(+) NED DOUGHERTY — FAST LANE TO HEAVEN
    EBEN ALEXANDER — PROOF OF HEAVEN

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

Docket Number(s): 1:00-cr-189 RCA

Caption [use short title]

Motion for: 23-6642 2nd SUPPLEMENT TO SUCCESSIVE §2255 (9 JUN 23)

Set forth below precise, complete statement of relief sought:

VACATE SENTENCE

RETRIAL, P, R, N,

US

v.

KOPP

MOVING PARTY: J. KOPP             OPPOSING PARTY: USA - WDNY

☐ Plaintiff   ☐ Defendant
☒ Appellant/Petitioner   ☐ Appellee/Respondent

MOVING ATTORNEY: J. KOPP, pro se    OPPOSING ATTORNEY: USA - WDNY
11761-055   [name of attorney, with firm, address, phone number and e-mail]
BOX 9   FCI                         T. H. LEE
MENDOTA CA 93640                    + MONICA RICHARDS

138 Delaware AVE
US Attorney WDNY
Buffalo, NY 14202

Court- Judge/ Agency appealed from: H² R. ARCARA
USDC - WDNY

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes  ☐ No (explain): _____

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:
Has this request for relief been made below?  ☐ Yes ☐ No
Has this relief been previously sought in this court?  ☐ Yes ☐ No
Requested return date and explanation of emergency: N/A

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ☒ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☐ No ☒ Don't Know

Is oral argument on motion requested?  ☒ Yes ☐ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes ☒ No If yes, enter date: _____

Signature of Moving Attorney:
[signature] James Kopp     Date: 18 JUL 23  Service by: ☐ CM/ECF ☒ Other [Attach proof of service]

Form T-1080 (rev.12-13)

KNPP 11761-055
BX 9  FCI
MENDOTA CA 93640 USA

LEGAL
MAIL

H² RSA
ATTORNEY AT LAW
2 NIAGARA

00-CR-189

14202

⟨⟩11761-055⟨⟩
Usdc Wdny
WDNY US Court House
2 Niagara Square
Buffalo, NY 14202
United States

USDC BUFFALO
JUL 24 2023